IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PHYLLIS DAVIS
*On behalf of*
M.C., A MINOR                                                                                         PLAINTIFF

vs.                                    Civil No. 4:14-cv-04089

CAROLYN COLVIN                                                                                   DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 18th day of May 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                       /s/  Barry A. Bryant
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE